UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

    JOHN S ORR

                          Debtor.

Chapter 13

Case No. 18-35963 (cgm)

--------------------------------------------------------x
STATE OF NEW YORK    }
                              }ss.
COUNTY OF ORANGE    }

## AFFIDAVIT OF SERVICE

        The undersigned, being duly sworn, deposes and says that on September 11, 2018 I served the Debtor's Amended Chapter 13 Plan in the above case by electronic service on Krista M. Preuss, Trustee via the trustee's document portal and by depositing a true copy in a first-class postage paid envelope with the U.S. Postal Service, addressed to all creditors and parties in interest on the attached mailing matrix.


Sworn to before me on this                /s/ Debbie Dunn
11th day of September, 2018.


/s/ Michael O'Leary
Notary Public, State of New York
No. 4671514
Qualified in Orange County
Commission Expires June 30, 2022

```
Label Matrix for local noticing            PHH Mortgage Corporation              Poughkeepsie Division
0208-4                                     Shapiro, DiCaro & Barak, LLC          355 Main Street
Case 18-35963-cgm                          175 Mile Crossing Boulevard           Poughkeepsie, NY 12601-3315
Southern District of New York              Rochester, NY 14624-6249
Poughkeepsie
Mon Sep 10 15:54:25 EDT 2018

Ashley Funding Services, LLC its successors   (p)BANK OF AMERICA                 BARCLAYCARD
assigns as assignee of Laboratory             PO BOX 982238                      PO BOX 13337
Corporation of America Holdings               EL PASO TX 79998-2238              PHILADELPHIA, PA 19101-3337
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bank of America, N.A.                      CAPITAL COLLECTION SERVICE            CAPITAL ONE BANK USA NA
P O Box 982284                             PO BOX 150                            4851 COX ROAD
El Paso, TX 79998-2284                     WEST BERLIN, NJ 08091-0150            GLEN ALLEN, VA 23060-6293


CAPITAL ONE CARD SERVICES (P)              COMENITY BANK                         CUSTOM EYES RX INC
PO BOX 30285                               BANKRUPTCY DEPARTMENT                 111 HULST DR STE 706
SALT LAKE CITY, UT 84130-0285              PO BOX 182125                         MATAMORAS, PA 18336-2115
                                           COLUMBUS, OH 43218-2125


FORSTER & GARBUS LLP                       MIDLAND FUNDING LLC                   MORTGAGE SERVICE CENTER
60 MOTOR PARKWAY                           8875 AERO DRIVE STE 200               ATTN PRESIDENT
PO BOX 9030                                SAN DIEGO, CA 92123-2255              3000 LEADENHALL ROAD
COMMACK, NY 11725-9030                                                           MOUNT LAUREL, NJ 08054-4606


Midland Funding LLC                        NATIONAL ENTERPRISE SYSTEMS           NAVIENT
PO Box 2011                                2479 EDISON BLVD.,UNIT A              PO BOX 9500
Warren, MI 48090-2011                      TWINSBURG, OH 44087-2476              WILKES BARRE, PA 18773-9500


NAVIENT                                    PHH MORTGAGE CORP.                    PHH Mortgage Corporation
PO BOX 9635                                MORTGAGE SERVICE CENTER               One Mortgage Way, Mail Stop SV01
WILKES BARRE, PA 18773-9635                ONE MORTGAGE WAY                      Mt. Laurel, NJ 08054-4637
                                           MOUNT LAUREL, NJ 08054-4637


PHH Mortgage Corporation                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC  SHAPIRO DICARO & BARAK LLC
c/o Shapiro, DiCaro & Barak, LLC           PO BOX 41067                          175 MILE CROSSING BLVD
175 Mile Crossing Boulevard                NORFOLK VA 23541-1067                 ROCHESTER, NY 14624-6249
Rochester, NY 14624-6249


SLM BANK                                   (p)TD BANKNORTH NA                    TD BANK
C/O Navient Solutions, LLC.                70 GRAY ROAD                          ATTN PRESIDENT
PO BOX 9640                                FALMOUTH ME 04105-2299                2035 LIMESTONE ROAD
Wilkes-Barre, PA 18773-9640                                                      WILMINGTON, DE 19808-5529


TD BANK USA                                TD Bank, N.A.                         TRACY A ORR
ATTN PRESIDENT                             c/o Schiller, Knapp,                  1248 HIGH STREET
TWO PORTLAND SQUARE                        Lefkowitz & Hertzel, LLP              WILLIAMSPORT, PA 17701-4542
PORTLAND, ME 04101-4088                    950 New Loudon Road
                                           Latham, NY 12110-2100
```

United States Trustee
74 Chapel Street
Albany, NY 12207-2190

John S Orr
98 Mandys Road
Westtown, NY 10998-2519

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603-1931

Michael O'Leary
Hayward, Parker, O'Leary & Pinsky
P.O. Box 929
Middletown, NY 10940-0929

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BANK OF AMERICA (P)
PO BOX 982238
EL PASO, TX 79998-2238

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TD BANK
ATTN PRESIDENT
1701 ROUTE 70 EASE
CHERRY HILL, NJ 08034

(d)TD BANK
ATTN PRESIDENT
PO BOX 1377
LEWISTON, ME 04243-1377

(d)TD Bank, N.A.
c/o Schiller Knapp Lefkowitz Hertzel LLP
70 Gray Road
Falmouth, ME 04105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TD Bank, N.A.

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34